# Court of Appeals
# of the State of Georgia

ATLANTA,  June 29, 2023

*The Court of Appeals hereby passes the following order:*

**A23I0232.  HOMESITE INSURANCE COMPANY OF GEORGIA v. KIKIY YOLANDA WEATHERS.**

Upon consideration of the Motion to Dismiss Application for Interlocutory Review of Applicant Homesite Insurance Company of Georgia, which the Court is considering as a motion to withdraw application, the motion is hereby GRANTED. Jurisdiction is released back to the trial court upon receipt of this order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/29/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
_____ , *Clerk.*